AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN    DISTRICT OF    NEW YORK

Valerie A. Shore

**SUMMONS IN A CIVIL CASE**

V.

PaineWebber Long-Term Disability Plan, Reliance Standard Life Insurance Co., PaineWebber Inc., UBS PaineWebber

CASE NUMBER:

04 CV 4152

TO: (Name and address of defendant)

PaineWebber Long-Term Disability Plan, Reliance Standard Life Insurance Co.,
PaineWebber Inc., as administrator of the PaineWebber Long-Term Disability Plan,
UBS PaineWebber, as administrator of the PaineWebber Long-Term Disability Plan

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rose A. Saxe
Rosen Preminger & Bloom LLP
67 Wall Street
New York, NY 10005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE    JUN 2 2004

**GLOBAL PROCESS SERVICE CO., INC.**
291 BROADWAY, SUITE 1504
NEW YORK, NY 10007
LIC. # 887-054

UNITED STATES DIST. COURT
**COUNTY OF** SOUTHERN

VALERIE A. SHORE

Plaintiff(s)

- against -

PAINEWEBBER LONG-TERM DISABILITY PLAN ET AL Defendant(s)

Index No.

**AFFIDAVIT OF SERVICE**

SUMMONS AND COMPLAINT;
INDIVIDUAL JUDGES' RULES

STATE OF NEW YORK: COUNTY OF NEW YORK   SS:

DANIEL KNIGHT   BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 06/10/04 at 0403PM Hours at C/O UBS FINANCIAL SERVICES 1200 HARBOR BOULEVARD-10TH FL. WEEHAWKEN, NJ 07086 deponent served the within SUMMONS AND COMPLAINT; INDIVIDUAL JUDGES' RULES on UBS PAINEWEBBER AS ADMINISTRATOR OF THE PAINWEBBER LONG-TERM DISABILITY PLAN therein named,

**INDIVIDUAL A** ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. (S) He identified (her) himself as such.

**CORPORATION B** ☒ a (domestic) foreign corporation by delivering thereat a true copy of each to JENNIFER REESE personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be MANAGING AGENT thereof

**SUITABLE AGE PERSON C** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. (S) He identified (her) himself as of recipient

**AFFIXING TO DOOR, ETC. D** ☐ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** ☐ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 26 | 5'6 | 145 |

**MILITARY SERVICE** ☐ Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient (s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the
06/11/04

DANIEL KNIGHT
LICENSE No.

# 88176

GLOBAL PROCESS SERVICE CO., INC.
291 BROADWAY, SUITE 1504
NEW YORK, NY 10007
LIC. # 887-054

UNITED STATES DIST. COURT
**COUNTY OF** SOUTHERN

VALERIE A. SHORE

Plaintiff(s)

- against -

PAINEWEBBER LONG-TERM DISABILITY PLAN ET AL Defendant(s)

Index No.

**AFFIDAVIT OF SERVICE**

SUMMONS AND COMPLAINT;
INDIVIDUAL JUDGES' RULES

STATE OF NEW YORK: COUNTY OF NEW YORK    SS:

DANIEL KNIGHT    BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 06/10/04 at 0403PM Hours at C/O UBS FINANCIAL SERVICES 1200 HARBOR BOULEVARD-10TH FL. WEEHAWKEN, NJ 07086 deponent served the within SUMMONS AND COMPLAINT; INDIVIDUAL JUDGES' RULES on PAINEWEBBER LONG-TERM DISABILITY PLAN therein named.

**INDIVIDUAL A** ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ☐ (S) He identified (her) himself as such.

**CORPORATION B** ☒ a (domestic) (foreign) corporation by delivering thereat a true copy of each to JENNIFER REESE personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be MANAGING AGENT thereof

**SUITABLE AGE PERSON C** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. ☐ (S) He identified (her) himself as of recipient

**AFFIXING TO DOOR, ETC. D** ☐ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** ☐ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 26 | 5'6 | 145 |

**MILITARY SERVICE** ☐ Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient (s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e). (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the
06/11/04

DANIEL KNIGHT
LICENSE No.

# 88176

GLOBAL PROCESS SERVICE CO., INC.
291 BROADWAY, SUITE 1504
NEW YORK, NY 10007
LIC. # 887-054

UNITED STATES DIST. COURT
**COUNTY OF** SOUTHERN

VALERIE A. SHORE

Plaintiff(s)

- against-

PAINEWEBBER LONG-TERM DISABILITY PLAN ET AL
Defendant(s)

Index No.

**AFFIDAVIT OF SERVICE**

SUMMONS AND COMPLAINT;
INDIVIDUAL JUDGES' RULES

STATE OF NEW YORK: COUNTY OF NEW YORK    SS:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 06/10/04 at 0403PM Hours at C/O UBS FINANCIAL SERVICES 1200 HARBOR BOULEVARD-10TH FL. WEEHAWKEN, NJ 07086 deponent served the within SUMMONS AND COMPLAINT; INDIVIDUAL JUDGES' RULES on PAINEWEBBER INCORPORATED AS ADMINISTRATOR OF THE PAINWEBBER LONG-TERM DISABILITY PLAN therein named.

**INDIVIDUAL A** ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. (S) He identified (her) himself as such.

**CORPORATION B** ☒ a (domestic) foreign corporation by delivering thereat a true copy of each to JENNIFER REESE personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be MANAGING AGENT thereof

**SUITABLE AGE PERSON C** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. (S) He identified (her) himself as of recipient

**AFFIXING TO DOOR, ETC. D** ☐ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** ☐ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 26 | 5'6 | 145 |

**MILITARY SERVICE** ☐ Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient (s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the
06/11/04

DANIEL KNIGHT
LICENSE No.

# 88176