AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

**SOUTHERN** _____ **DISTRICT OF** _____ **NEW YORK**

Valerie A. Shore

### SUMMONS IN A CIVIL CASE

**V.**

PaineWebber Long-Term Disability Plan, Reliance
Standard Life Insurance Co., PaineWebber Inc.,
UBS PaineWebber

CASE NUMBER:

04 CV 4152

**TO:** (Name and address of defendant)

PaineWebber Long-Term Disability Plan, Reliance Standard Life Insurance Co.,
PaineWebber Inc., as administrator of the PaineWebber Long-Term Disability Plan,
UBS PaineWebber, as administrator of the PaineWebber Long-Term Disability Plan

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rose A. Saxe
Rosen Preminger & Bloom LLP
67 Wall Street
New York, NY 10005

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

J. MICHAEL McMAHON

_____
CLERK

_____
(BY) DEPUTY CLERK

JUN  2 2004
_____
DATE

GLOBAL PROCESS SERVICE CO., INC.
291 BROADWAY, SUITE 1504
NEW YORK, NY 10007
LIC. # 887-054

UNITED STATES DIST. COURT
**COUNTY OF** SOUTHERN

Index No.

VALERIE A. SHORE

Plaintiff(s)

- against -

**AFFIDAVIT OF SERVICE**

PAINEWEBBER LONG-TERM DISABILITY PLAN ET AL
Defendant(s)

SUMMONS AND COMPLAINT;
INDIVIDUAL JUDGES' RULES

STATE OF NEW YORK: COUNTY OF NEW YORK     SS:

SANDRA FARRON     BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY
TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on     06/07/04 at 1045AM Hours at C/O SUPT. OF INSURANCE 25 BEAVER STREET NEW YORK, NY 10004
deponent served the within     SUMMONS AND COMPLAINT; INDIVIDUAL JUDGES' RULES     on
RELIANCE STANDARD LIFE INSURANCE COMPANY     therein named,

**INDIVIDUAL**
**A**     by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person
therein.     (S) He identified (her) himself as such.

**CORPORATION**
**B**     a (domestic) (foreign) corporation by delivering thereat a true copy of each to     CONNIE COOPER
personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said
individual to be     MANAGING AGENT     thereof

**SUITABLE**
**AGE PERSON**
**C**     by delivering thereat a true copy of each to
a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode)
within the state.     (S) He identified (her) himself as     of recipient

**AFFIXING TO**
**DOOR, ETC.**
**D**     by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place
of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat,
having called there on the dates below:

Service upon the N.Y.S. Superintendent of Insurance and
tendering a fee of $20.00

**MAILING**
**USE WITH**
**C or D**     Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient
at     and deposited
said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service
within New York State.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|-----|-----------|-----------|---------------|------------------|------------------|
| FEMALE | BLACK | BLOND | 55 | 5'6 | 160 |

**MILITARY**
**SERVICE**     Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States and
received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that
the recipient (s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes
of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described
as the defendant(s) in this action.

**USE IN**
**NYC CIVIL CT.**     The language required by NYCRR 2900.2(e). (f) & (h) was set forth on the face of said summons (es).

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3. 200?

**Sworn to before**
**me on the**
06/07/04

SANDRA FARRON

LICENSE No.
772 387

# 88175

STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

.......................................................................................

Valerie A. Shore                                                    04 CV 4152

against                          Plaintiff(s)

Reliance Standard Life Insurance Company

                                                  Defendant(s)

.......................................................................................

RE : Reliance Standard Life Insurance Company

Attorney for Plaintiff(s) and Defendant  please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of
Summons and Complaint in the above entitled action on June 7, 2004 at New York, New
York. The $20 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

    Rose A. Saxe
    Rosen Preminger & Bloom LLP
    67 Wall St.
    New York, New York 10005

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby
notified of service as effected above. A copy of the paper is enclosed.

Duplicate to  Defendant :

    Reliance Standard Life Insurance Company
    2001 Market Street, Suite 1500
    Philadelphia, Pennsylvania 19103

*Salvatore Castiglione*

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, June 18, 2004

323980      C.A.#153891