UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

VALERIE A. SHORE,

                           Plaintiff,

-against-

PAINWEBBER LONG-TERM DISABILITY PLAN, RELIANCE STANDARD LIFE INSURANCE COMPANY, PAINEWEBBER INCORPORATED, AS ADMINISTRATOR OF THE PAINWEBBER LONG-TERM DISABILITY PLAN, AND UBS PAINEWEBBER INC., AS ADMINISTRATOR OF THE PAINWEBBER LONG-TERM DISABILITY PLAN,

                           Defendants.

Civ. No.: 04 CV 4152 (DC)

------------------------------------------------------------X

## STIPULATION EXTENDING THE UBS DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED by and between the undersigned counsel for the Plaintiff Valerie A. Shore, and counsel for Defendants PaineWebber Long-Term Disability Plan, PaineWebber Incorporated, as Administrator Of The PaineWebber Long-Term Disability Plan, and UBS PaineWebber Inc., as Administrator Of The PaineWebber Long-Term Disability Plan (collectively referred to herein as "the UBS Defendants"), that the time by which the UBS Defendants shall have to answer, move or otherwise respond to Plaintiff's Complaint shall be extended through and including Tuesday, August 10, 2004.

| | |
|---|---|
| ROSEN PREMINGER & BLOOM LLP<br>67 Wall Street<br>New York, New York 10005<br>(212) 422-1001<br><br>By: _____<br>David S. Preminger (DP 1057)<br>Rose A. Saxe (RS 0463)<br><br>Dated: June 25, 2004<br>ATTORNEY FOR PLAINTFF | JACKSON LEWIS LLP<br>59 Maiden Lane<br>New York, New York 10038<br>(212) 545-4000<br><br>By: _____<br>James R. Williams (JW 3004)<br>Matthew A. Steinberg (MS 3979)<br><br>Dated: June 24, 2004<br>ATTORNEYS FOR DEFENDANTS |

SO ORDERED.

_____
Hon. Denny Chin, U.S.D.J.

Dated: June 30, 2004
       New York, New York