UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

VALERIE A. SHORE,

                              Plaintiff,

   -against-

PAINWEBBER LONG-TERM DISABILITY PLAN,
RELIANCE STANDARD LIFE INSURANCE
COMPANY, PAINEWEBBER INCORPORATED,
AS ADMINISTRATOR OF THE PAINWEBBER
LONG-TERM DISABILITY PLAN, AND UBS
PAINEWEBBER INC., AS ADMINISTRATOR OF
THE PAINWEBBER LONG-TERM DISABILITY
PLAN,

                              Defendants.

-----------------------------------------------------------------x

Civ. No.: 04 CV 4152 (DC)



### STIPULATION EXTENDING THE UBS DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED by and between the undersigned counsel for the Plaintiff Valerie A. Shore, and counsel for Defendants PaineWebber Long-Term Disability Plan, PaineWebber Incorporated, as Administrator Of The PaineWebber Long-Term Disability Plan, and UBS PaineWebber Inc., as Administrator Of The PaineWebber Long-Term Disability Plan (collectively referred to herein as "the UBS Defendants"), that the time by which the UBS Defendants shall have to answer, move or otherwise respond to Plaintiff's Complaint shall be extended through and including Tuesday, August 10, 2004.

| | |
|---|---|
| ROSEN PREMINGER & BLOOM LLP<br>67 Wall Street<br>New York, New York 10005<br>(212) 422-1001<br><br>By: _____<br>David S. Preminger (DP 1057)<br>Rose A. Saxe (RS 0463)<br><br>Dated: June 25, 2004<br>ATTORNEY FOR PLAINTFF | JACKSON LEWIS LLP<br>59 Maiden Lane<br>New York, New York 10038<br>(212) 545-4000<br><br>By: _____<br>James R. Williams (JW 3004)<br>Matthew A. Steinberg (MS 3979)<br><br>Dated: June 24, 2004<br>ATTORNEYS FOR DEFENDANTS |

MICROFILM
JUL - 7 2004
3:30 PM

SO ORDERED.

_____
Hon. Denny Chin, U.S.D.J.

Dated: June 30, 2004
New York, New York