UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VALERIE A. SHORE | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 1:04-4152-DC |
| | : | |
| PAINEWEBBER LONG TERM DISABILITY PLAN, RELIANCE STANDARD LIFE INSURANCE COMPANY, PAINEWEBBER, INC. as Administrator of the PAINEWEBBER LONG-TERM DISABILITY PLAN, and UBS PAINEWEBBER, INC. as Administrator of the PAINEWEBBER LONG-TERM DISABILITY PLAN | : | RELIANCE STANDARD LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT |

Defendant, Reliance Standard Life Insurance Company makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Reliance Standard Life Insurance Company is an indirect subsidiary of Delphi Financial Group, Inc., which is traded on the New York Stock Exchange as DFG.

RAWLE & HENDERSON LLP

By:_____/s/_____
    Joshua Bachrach, Esquire
    Heather J. Holloway, Esquire
    Attorneys for Reliance Standard Life
    Insurance Company
    The Widener Building
    One South Penn Square
    Philadelphia, PA 19107
    (215) 575-4261

Date:  August 10, 2004

2

**CERTIFICATE OF SERVICE**

The undersigned counsel for all defendants hereby certifies that a true and correct copy of Reliance Standard Life Insurance Company's Corporate Disclosure Statement was served on the following counsel of record, via ECF Notification and/or U.S. Mail, postage prepaid, addressed as follows:

>David Steven Preminger, Esquire
>Rose Anne Saxe
>Rosen, Preminger & Bloom, LLP
>67 Wall Street
>New York, NY 10005

>RAWLE & HENDERSON LLP


>By:_____/s/_____
>Joshua Bachrach, Esquire
>Heather J. Holloway, Esquire

Date:   August 10, 2004