UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VALERIE A. SHORE | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 1:04-4152-DC |
| | : | |
| PAINEWEBBER LONG TERM | : | |
| DISABILITY PLAN, RELIANCE STANDARD | : | UBS FINANCIAL SERVICES, |
| LIFE INSURANCE COMPANY, | : | INC'S LONG TERM DISABILITY |
| PAINEWEBBER, INC. as Administrator of the | : | PLAN AND UBS FINANCIAL |
| PAINEWEBBER LONG-TERM DISABILITY | : | SERVICES, INC. (NAMED IN |
| PLAN, and UBS PAINEWEBBER, INC. | : | ERROR IN THE COMPLAINT) |
| as Administrator of the PAINEWEBBER | : | CORPORATE DISCLOSURE |
| LONG-TERM DISABILITY PLAN | : | STATEMENT |

Defendants, UBS Financial Services, Inc. Long Term Disability Plan and UBS Financial Services, Inc. (collectively the "UBS Defendants") hereby make the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: UBS defendants have a direct or indirect relationship with the following entities which have a pecuniary interest in the outcome of this case.

    UBS Financial Services, Inc. Long-Term Disability Plan
    UBS Financial Services, Inc.
    UBS Americas, Inc.
    UBS AG

                                        RAWLE & HENDERSON LLP

                                        By:_____/s/_____
                                            Joshua Bachrach, Esquire
                                            Heather J. Holloway, Esquire
                                            Attorneys for UBS Defendants
                                            The Widener Building
                                            One South Penn Square
                                            Philadelphia, PA 19107
                                            (215) 575-4200

Date:  August 10, 2004

## **CERTIFICATE OF SERVICE**

The undersigned counsel for UBS Financial Services, Inc. Long Term Disability Plan and UBS Financial Services, Inc. (incorrectly identified within the complaint) hereby certifies that a true and correct copy of their Corporate Disclosure Statement was served on the following counsel of record, via ECF Notification and/or U.S. Mail, postage prepaid, addressed as follows:

    David Steven Preminger, Esquire
    Rose Anne Saxe
    Rosen, Preminger & Bloom, LLP
    67 Wall Street
    New York, NY 10005

    RAWLE & HENDERSON LLP

    By:_____/s/_____
        Joshua Bachrach, Esquire
        Heather J. Holloway, Esquire

Date:   August 10, 2004

2