David S. Preminger (DP-1057)
Rose A. Saxe (RS-0463)
Rosen Preminger & Bloom LLP
67 Wall Street
New York, New York 10005
(212) 422-1001
Attorneys for plaintiff

Heather H. Holloway (HH-1170)
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200
Attorneys for defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VALERIE A. SHORE,

     Plaintiff,

 -against-           No. 04 Civ. 4152 (DC)(AJP)

PAINEWEBBER LONG-
TERM DISABILITY PLAN, RELIANCE
STANDARD LIFE INSURANCE COMPANY,
PAINEWEBBER INCORPORATED,
AS ADMINISTRATOR OF THE
PAINEWEBBER LONG-TERM
DISABILITY PLAN, and UBS
PAINEWEBBER INC., AS
ADMINISTRATOR OF THE
PAINEWEBBER LONG-TERM
DISABILITY PLAN,

     Defendants.
-----------------------------------------------------------x

**REPORT ON FED. R. CIV. P. 26(f) CONFERENCE**

 Pursuant to Fed. R. Civ. P. 16(b) and 26(f), the attorneys for plaintiff Valerie A.

Shore and defendants PaineWebber Long-Term Disability Plan, Reliance Standard Life

Insurance Company, PaineWebber Incorporated as Administrator of the PaineWebber Long-Term Disability Plan, and UBS PaineWebber Inc., as Administrator of the PaineWebber Long-Term Disability Plan, have conferred and have agreed as follows:

1. The parties agree that the complete administrative claim file has been produced by defendants to plaintiff on September 21, 2004. The parties further agree that any disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A) through (D) shall be produced by October 8, 2004.

2. The parties agree that no additional discovery is necessary.

3. The parties agree that no changes should be made in the limitations on discovery imposed under these rules or by local rule.

4. The parties agree that no other orders should be entered by the Court pursuant to Fed. R. Civ. P. 26(c), 16(b) or 16(c).

Respectfully submitted,

Dated: New York, New York  
September 24, 2004

Rosen Preminger & Bloom LLP  
Attorneys for Plaintiff

By: ____/s/ Rose A. Saxe_____  
David S. Preminger (DP-1057)  
Rose A. Saxe (RS-0463)  
67 Wall Street  
New York, New York 10005  
(212) 422-1001

Dated: Philadelphia, PA  
September 24, 2004

Rawle & Henderson LLP  
Attorneys for Defendants

By: ____/s/ Heather H. Holloway_____  
Heather H. Holloway (HH-1170)  
The Widener Building  
One South Penn Square  
Philadelphia, PA 19107  
(215) 575-4200