UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VALERIE A. SHORE,

                Plaintiff,

      v.                                No. 04 CV 4152 (KMK)

PAINEWEBBER LONG TERM DISABILITY
PLAN, *et al.*.

                Defendants.
--------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER AND FACSIMILE NUMBER

    PLEASE TAKE NOTICE that Rosen Preminger & Bloom LLP, counsel for plaintiff herein, has changed its address, telephone number and facsimile number as follows:

                            708 Third Avenue
                              Suite 1600
                           New York, NY 10017

                           Tel:   (212) 682-1900
                           Fax:  (212) 867-6878

Dated: New York, NY                Respectfully submitted,
         December 1, 2004          Rosen Preminger & Bloom LLP

                           By:_____S/_____
                           David S. Preminger (DP 1057)
                           708 Third Avenue, Suite 1600
                           New York, NY 10017
                           (212) 682-1900