David S. Preminger (DP 1057)
Rosen Preminger & Bloom LLP
708 Third Avenue, Suite 1600
New York, NY 10017
(212) 682-1900

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VALERIE A. SHORE,

        Plaintiff,

  v.                                                                                          No. 04 CV 4152 (KMK)

PAINEWEBBER LONG TERM DISABILITY                    ECF Document
PLAN, *et al.*.

        Defendants.
-------------------------------------------------------------x

## PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the accompanying (1) Declaration of David S. Preminger and Exhibits thereto, (2) Declaration of Plaintiff Valerie Shore, (3) Plaintiff's Statement pursuant to Local Rule 56.1 and (4) Plaintiff's Memorandum of Law, Plaintiff moves this Court pursuant to Rule 56, Federal Rules of Civil Procedure, for summary judgment against the Defendants (1) on the claims for relief pled against the Defendants in the Complaint herein, (2) for summary judgment dismissing the affirmative defenses

set forth in Defendants' Answer, and (3) for such other and further relief as to this Court may seem just and proper.

Dated:   New York, NY                                          ROSEN, PREMINGER & BLOOM LLP
         JANUARY 11, 2005


                                                                  BY:_____s/_____
                                                               David S. Preminger (DP 1057)
                                                               708 Third Avenue, Suite 1600
                                                               New York, NY 10017
                                                                212-682-1900