David S. Preminger (DP 1057)
Rosen Preminger & Bloom LLP
708 Third Avenue, Suite 1600
New York, NY 10017
(212) 682-1900

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
VALERIE A. SHORE,

        Plaintiff,

  v.                                       No. 04 CV 4152 (KMK)

PAINEWEBBER LONG TERM DISABILITY      ECF Document
PLAN, *et al.*.

        Defendants.
-------------------------------------------------------------x

## DECLARATION OF DAVID S. PREMINGER

    DAVID S. PREMINGER declares pursuant to 28 U.S.C. § 1746 as follows:

    1.    I am an attorney duly admitted to practice in the courts of the State of New York and before this Court.  I am a member of the firm of Rosen Preminger & Bloom LLP, attorneys for plaintiff Valerie A. Shore herein, and make this declaration in support of plaintiff's motion for summary judgment on the first, second and third claims for relief set forth in her complaint herein and to dismiss defendants' affirmative defenses.

    2.    The principal purpose of this declaration is to introduce various documents to which plaintiff makes reference in support of her motion for summary judgment.  They are:

    Exhibit 1:    Plaintiff's Complaint;

    Exhibit 2:    Defendants' Answer;

2

Exhibit 3:   The Summary Plan Description for the PaineWebber, Inc. Long Term Disability Plan;

Exhibit 4:   The Group Long Term Disability Insurance Policy issued to PaineWebber, Inc. by Reliance Standard Life Insurance Company ("Reliance");

Exhibit 5:   The administrative record of plaintiff's claim, as produced by Reliance in this litigation in response to plaintiff's discovery requests. [AR0001-0517]

Exhibit 6:   A letter from counsel for Reliance to plaintiff's counsel, dated October 6, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 11, 2005, in New York, NY

_____s/_____
DAVID S. PREMINGER