David S. Preminger (DP 1057)
Rosen Preminger & Bloom LLP
708 Third Avenue, Suite 1600
New York, NY 10017
(212) 682-1900

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
VALERIE A. SHORE,

        Plaintiff,

  v.                                                         No. 04 CV 4152 (KMK)

PAINEWEBBER LONG TERM DISABILITY
PLAN, *et al.*.

        Defendants.
------------------------------------------------------------x

# EXHIBIT 5
## (TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT)

      Exhibit 5, the administrative record, is too lengthy to file electronically. A paper copy of Exhibit 5 has been filed with the Clerk of Court.