# RAWLE & HENDERSON LLP



HEATHER J. HOLLOWAY
215-575-4264
hholloway@rawle.com

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

www.rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE: (215) 575-4200
FACSIMILE: (215) 563-2583

October 6, 2004

***VIA FACSIMILE (212) 363-4436 & U.S. MAIL***

Rose A. Saxe, Esquire
Rosen Preminger & Bloom, LLP
67 Wall Street
New York, NY   10005

> RE:   **Valerie Shore v. Reliance Standard Life Insurance Company**
>        **Our File No.: 801,505**

Dear Rose:

As a follow up to our conversation last week, I am enclosing a copy of the policy relevant to plaintiff's claim. You will notice that the eligible class of employees on page 1.0 of this policy applies to active, full-time and regular part-time employees earning *less than* $250,000.00.

Should you have any questions or require any additional information from me, please do not hesitate to contact me.

Very truly yours,

RAWLE & HENDERSON LLP

By: *Heather Holloway*
     Heather J. Holloway

HJH/rp
Enclosure

1050589 v.1

PHILADELPHIA, PA       MEDIA, PA       PITTSBURGH, PA       MARLTON, NJ       NEW YORK, NY       WILMINGTON, DE