UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| VALERIE A. SHORE | : | CIVIL ACTION |
|  | : |  |
| vs. | : | NO. 1:04-4152-DC |
|  | : |  |
| RELIANCE STANDARD | : |  |
| LIFE INSURANCE COMPANY, et al. | : |  |

## MOTION FOR SUMMARY JUDGMENT

Defendants, Reliance Standard Life Insurance Company, UBS Financial Services Inc. Long Term Disability Plan and UBS Financial Services Inc., by and through their undersigned counsel, hereby move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this Motion, Defendants incorporate their Statement of Material Facts and their Memorandum of Law in Support of their Motion for Summary Judgment as if the same were set forth herein, at length.

RAWLE & HENDERSON, LLP

By: _____/s/_____
    Joshua Bachrach, Esquire
    Heather J. Holloway, Esquire
    Attorneys for Defendants
    The Widener Building
    One South Penn Square
    Philadelphia, PA 19103

Date:   January 11, 2005