UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VALERIE A. SHORE | : CIVIL ACTION |
| vs. | : NO. 1:04-4152-DC |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, et al. | : |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

Defendants, Reliance Standard Life Insurance Company, UBS Financial Services Inc. Long Term Disability Plan and UBS Financial Services Inc., by and through their undersigned counsel, hereby submit their Notice of Filing of their Motion for Summary Judgment.

           RAWLE & HENDERSON, LLP

           By: /s/
              Joshua Bachrach, Esquire
              Heather J. Holloway, Esquire
              Attorneys for Defendants
              The Widener Building
              One South Penn Square
              Philadelphia, PA 19103

Date:   January 11, 2005