UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| VALERIE A. SHORE | : | CIVIL ACTION |
|  | : |  |
| vs. | : | NO. 1:04-4152-DC |
|  | : |  |
| RELIANCE STANDARD | : |  |
| LIFE INSURANCE COMPANY, et al. | : |  |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

RAWLE & HENDERSON, LLP

By:_____/s/_____
    Joshua Bachrach, Esquire
    Heather J. Holloway, Esquire
    Attorneys for Defendants
    The Widener Building
    One South Penn Square
    Philadelphia, PA 19103

Date: January 11, 2005