UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| VALERIE A. SHORE | : | CIVIL ACTION |
|  | : |  |
| vs. | : | NO. 1:04-4152-DC |
|  | : |  |
| RELIANCE STANDARD | : |  |
| LIFE INSURANCE COMPANY, et al. | : |  |

**OVERSIZED EXHIBIT "C" TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT FILED IN HARD COPY WITH THE COURT**

RAWLE & HENDERSON, LLP

By: _____/s/_____
    Joshua Bachrach, Esquire
    Heather J. Holloway, Esquire
    Attorneys for Defendants
    The Widener Building
    One South Penn Square
    Philadelphia, PA 19103

Date:   January 11, 2005