UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| VALERIE A. SHORE | : | CIVIL ACTION |
|  | : |  |
| vs. | : | NO. 1:04-4152-DC |
|  | : |  |
| RELIANCE STANDARD | : |  |
| LIFE INSURANCE COMPANY, et al. | : |  |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Defendants' Motion for Summary Judgment and any response thereto, it is hereby ORDERED that Defendants' Motion for Summary Judgment is GRANTED WITH PREJUDICE.

BY THE COURT:

_____
J.