UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
_____X
VALERIE A. SHORE              :    CIVIL ACTION
                              :
        vs.                   :    NO. 1:04-4152-DC
                              :
RELIANCE STANDARD             :
LIFE INSURANCE COMPANY, et al.:
_____X
```

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendants, Reliance Standard Life Insurance Company, UBS Financial Services Inc. Long Term Disability Plan and UBS Financial Services Inc. hereby certifies that a true and correct copy of Defendants' Notice of Motion for Summary Judgment, Motion for Summary Judgment, Statement of Material Facts and Memorandum of Law in Support of their Motion for Summary Judgment were served on the following counsel of record, via ECF notification (or U.S. Mail, postage pre-paid, if not ECF registered), addressed as follows:

> David S. Preminger, Esquire
> Rosen, Preminger & Bloom, LLP
> 708 Third Avenue, Suite 1600
> New York, NY 10017

> RAWLE & HENDERSON, LLP

> By:_____/s/_____
> Joshua Bachrach, Esquire
> Heather J. Holloway, Esquire
> Attorneys for Defendants
> The Widener Building
> One South Penn Square
> Philadelphia, PA 19103

Date: January 11, 2005