**MEMO ENDORSED**

# ROSEN PREMINGER & BLOOM LLP

ATTORNEYS AT LAW
708 THIRD AVENUE — SUITE 1600
NEW YORK, N.Y. 10017
212 682-1900
TELECOPIER: 212 867-6878
rpb@rpblawny.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/05

January 11, 2005

By Hand

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Valerie Shore v. PaineWebber Long-Term Disability Plan*
No. 04 Civ. 4152 (DC)

Dear Judge Karas:

We are the attorneys for the plaintiff in the referenced ERISA long term disability benefits action. The parties' cross-motions for summary judgment are due today. We write to request leave to file a memorandum of law of 36 pages in support of plaintiff's motion. The length of the memorandum is dictated by several factors: the length of the administrative record[1] has necessitated a 15 page recitation of facts and discussion of the administrative process; 5 pages are devoted to defendant's statue of limitations defense; and 14 pages are devoted to other legal argument.

For the foregoing reasons, plaintiff respectfully requests permission to file a memorandum of law of 36 pages.

Thank you for your Honor's attention to and consideration of this matter.

*The request is granted however, counsel are on notice that the motion is equally untimely and will not be granted again if made by same counsel.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
1/11/05

Respectfully submitted,
Rosen Preminger & Bloom LLP

By: _____
David S. Preminger

cc: Heather J. Holloway, Esq. by facsimile

---

[1] The administrative record will be filed in paper format with the clerk rather than in pdf format because of its length.