UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
:
VALERIE A. SHORE                : CIVIL ACTION NO.
                                : 1:04-4152-DC
     v.                         :
                                :
RELIANCE STANDARD LIFE          :
INSURANCE COMPANY, et al.       :
                                :
---------------------------------------------------------X

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff's Motion for Summary Judgment and Defendants' Response to Plaintiff's Motion for Summary Judgment, it is hereby ORDERED that Plaintiffs' Motion for Summary Judgment is DENIED WITH PREJUDICE.

BY THE COURT:

_____
                              J.