UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| VALERIE A. SHORE | : | CIVIL ACTION NO. |
|  | : | 1:04-4152-DC |
| v. | : |  |
|  | : |  |
| RELIANCE STANDARD LIFE | : |  |
| INSURANCE COMPANY, et al. | : |  |

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendants hereby certifies that a true and correct copy of Defendants' Response to Plaintiff's Local Rule 56.1 Statement and Defendants' Response to Plaintiff's Memorandum of Law in Support of her Motion for Summary Judgment were served on the following counsel of record, via ECF notification (or U.S. Mail, postage pre-paid, if not an ECF participant) on the date set forth below, addressed as follows:

David S. Preminger, Esquire
Rosen, Preminger & Bloom, LLP
708 Third Avenue, Suite 1600
New York, NY 10017

RAWLE & HENDERSON, LLP

BY: _____/s/_____
Joshua Bachrach, Esquire
Heather J. Holloway, Esquire
Attorneys for Defendants
The Widener Building
One South Penn Square
Philadelphia, PA 19103

Date:  February 22, 2005