# ROSEN PREMINGER & BLOOM LLP

ATTORNEYS AT LAW
708 THIRD AVENUE — SUITE 1600
NEW YORK, N.Y. 10017
212 682-1900
TELECOPIER: 212 867-6878
rpb@rpblawny.com

**MEMO ENDORSED**

February 2, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/05

By Hand

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Valerie Shore v. PaineWebber Long-Term Disability Plan*
No. 04 Civ. 4152 (KMK)

Dear Judge Karas:

We are the attorneys for the plaintiff in the referenced action. We write to request a short extension of time with respect to the briefing schedule for the parties' respective motions for summary judgment. No extensions have previously been requested.

By Memo endorsed dated January 19, 2005, your Honor approved a schedule requiring opening papers by January 11, 2005, opposition papers by February 8, 2005, and reply papers by February 22, 2005.

Our opposition brief (for which I am solely responsible) to 13 motions to dismiss in an action in the Northern District of Indiana is also due February 8, 2005 (which cannot be extended). I am also solely responsible for the referenced action. Because I will be out of town from February 9, 2005 through February 13, 2005, we respectfully request that the date for submission of opposition papers herein be extended to February 22, 2005 and the date for submission of reply papers be extended to March 8, 2005.

We have communicated with counsel for defendants concerning this request and they have no objection.

In addition, preliminary settlement discussions were just begun and the extension

Returned to chambers for scanning on  2/14/05
Scanned by chambers on  _____.

Honorable Kenneth M. Karas
Re:   *Valerie Shore v. PaineWebber Long-Term Disability Plan*
      No. 04 Civ. 4152 (KMK)
February 2, 2005
Page 2

**MEMO ENDORSED**

will allow the parties to determine if a settlement is possible without the necessity of further Court involvement.

Thank you for your Honor's attention to and consideration of this matter.

Respectfully submitted,
Rosen Preminger & Bloom LLP

By: _____
David S. Preminger

cc.   Heather J. Holloway, Esq. by facsimile

Application is GRANTED. Plaintiff's response to defendant's summary judgment motion is now due February 22, 2005. Reply papers are now due on March 8, 2005. No further extensions will be granted.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
2/4/05