UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VALERIE A. SHORE | CIVIL ACTION NO. 1:04-4152-DC |
| v. |  |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, et al. |  |

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendants hereby certifies that a true and correct copy of the foregoing Affidavit of Leticia Waelz (supplement to Defendants' Response in Opposition to Plaintiff's Motion for Summary Judgment – Docket No. 20) was served on the following counsel of record, via ECF notification (or U.S. Mail, postage pre-paid, if not an ECF participant) on the date set forth below, addressed as follows:

>David S. Preminger, Esquire
>Rosen, Preminger & Bloom, LLP
>708 Third Avenue, Suite 1600
>New York, NY 10017

>RAWLE & HENDERSON, LLP

>BY: _____/s/_____
>Joshua Bachrach, Esquire
>Heather J. Holloway, Esquire
>Attorneys for Defendants
>The Widener Building
>One South Penn Square
>Philadelphia, PA 19103

Date:  March 8, 2005