## CERTIFICATE OF SERVICE

The undersigned counsel for Defendants hereby certifies that a true and correct copy of DEFENDANTS' REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT was served on the following counsel of record, via ECF notification (or U.S. Mail, postage pre-paid, if not an ECF participant) on the date set forth below, addressed as follows:

>David S. Preminger, Esquire
>Rosen, Preminger & Bloom, LLP
>708 Third Avenue, Suite 1600
>New York, NY 10017

>RAWLE & HENDERSON, LLP

>BY:    _____/s/_____
>       Joshua Bachrach, Esquire
>       Heather J. Holloway, Esquire
>       Attorneys for Defendants
>       The Widener Building
>       One South Penn Square
>       Philadelphia, PA 19103

Date:  March 8, 2005