UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/05

**Valerie Shore**

           **Plaintiff.**

-v-

**Painwebber Longterm Disability Plan, et al.**

           **Defendants.**

Case No. 04-CV-4152 (KMK)

<u>ORDER</u>
ECF

<u>KENNETH M. KARAS, District Judge:</u>

    The Clerk of the Court is directed to terminate pending motions listed on the docket sheet as documents # 14 & 15 which were incorrectly docketed as motions.

Dated: June 6, 2005
      New York, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE