UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VALERIE A. SHORE | CIVIL ACTION NO. 1:04-4152-DC |
| v. |  |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, PAINWEBBER LONGTERM DISABILITY PLAN; PAINEWEBBER, INC., UBS PAINWEBBER, INC. |  |

## SUBSTITUTION OF COUNSEL

Kindly withdraw the appearance of Heather J. Holloway and enter the appearance of Joshua Bachrach, as counsel of record for all defendants.

RAWLE & HENDERSON, LLP

BY: *s/ Heather J. Holloway*
    Heather J. Holloway, Esquire
    The Widener Building, 16th Floor
    One South Penn Square
    Philadelphia, PA 19107
    Telephone: 215.575.4264
    Facsimile: 215.563.2583

RAWLE & HENDERSON, LLP

BY: *s/ Joshua Bachrach*
    Joshua Bachrach, Esquire
    The Widener Building, 16th Floor
    One South Penn Square
    Philadelphia, PA 19107
    Telephone: 215.575.4261
    Facsimile: 215.563.2583

Date: November 6, 2006