UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VALERIE A. SHORE | CIVIL ACTION NO. 1:04-4152-DC |
| v. |  |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, PAINWEBBER LONGTERM DISABILITY PLAN; PAINEWEBBER, INC., UBS PAINWEBBER, INC. |  |

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendants hereby certifies that a true and correct copy of the Substitution of Counsel was served on all counsel of record on the date set forth below, *via ECF* notification (or alternatively by U.S. Mail, postage prepaid).

David S. Preminger, Esquire
Rosen, Preminger & Bloom, LLP
708 Third Avenue, Suite 1600
New York, NY 10017

Rose A. Saxe, Esquire
Rosen Preminger & Bloom, LLP
67 Wall Street
New York, NY  10005

BY:   *s/ Heather J. Holloway*
         Heather J. Holloway, Esquire

Date: November 6, 2006