UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VALERIE SHORE                            :
                                         :   CIVIL ACTION NO.
v.                                       :
                                         :   NO.: 7:04-CV-04152-kmk
PAINE WEBBER LONG TERM                   :
DISABILITY PLAN; PAINE WEBBER, INC.,     :
UBS PAINE WEBBER, INC.; AND              :
RELIANCE STANDARD LIFE                   :
INSURANCE COMPANY                        :

### SUBSTITUTION OF COUNSEL



TO THE PROTHONOTARY:

Kindly substitute the appearance of JOSHUA BACHRACH, ESQUIRE for HEATHER JANENE HOLLOWAY, ESQUIRE on behalf of ALL DEFENDANTS.

THORP REED & ARMSTRONG, LLP            RAWLE & HENDERSON, LLP

BY: _____            BY: _____
    Heather J. Holloway, Esquire            Joshua Bachrach, Esquire
    One Commerce Square                    The Widener Building
    2005 Market Street, Suite 1910         1339 Chestnut Street, 16th Floor
    Philadelphia, PA 19103                 Philadelphia, PA 19107

September 27, 2007
White Plains, NY

So Ordered:

_____
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Shore - Substitution of Counsel (P0044031).DOC