# RAWLE & HENDERSON LLP



**MEMO ENDORSED**

JOSHUA BACHRACH
215-575-4261
jbachrach@rawle.com

The Nation's Oldest Law Office · *Established in 1783*

www.rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

November 13, 2007

**Via Federal Express**
The Honorable Richard J. Sullivan
United States Courthouse
500 Pearl St., Room 615
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

Re: Shore v. Painwebber Longterm Disability Plan et al.
   Case No.: 1:04-cv-4152
   Our File No. 801505

Dear Judge Sullivan:

The undersigned represents defendants in this lawsuit. Recently, the court scheduled a pre-motion conference for November 20, 2007 at 4:00 p.m. The purpose of this letter is to request permission to participate by telephone.

This request is being made because the undersigned is recovering from an illness. I was diagnosed last week with shingles and it is still limiting my time in the office. Additionally, attendance at the conference will require my travel from Philadelphia, Pennsylvania to New York City. Under these circumstances, we ask for the court's permission to participate by telephone.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: 
Joshua Bachrach

*Deft's Counsel to call my chambers at 212-805-0264 at 4 p.m.*

SO ORDERED
Dated:
RICHARD J. SULLIVAN
U.S.D.J.

JB/nmc
cc: David S. Preminger, Esquire *(via Federal Express)*
    Rosen, Preminger & Bloom
    708 Third Avenue, Suite 1600
    New York, NY 10017

2200088-1