UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



VALERIE SHORE,

          Plaintiff,

-v-

PAINE WEBBER LONGTERM
DISABILITY PLAN, *et al.*,

          Defendants.

No. 04 Civ. 4152 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on November 20, 2007, regarding plaintiff's proposed motion for costs and attorney's fees, the Court adopted the following briefing schedule:

    Plaintiff's motion shall be submitted by November 30, 2007.

    Defendants' opposition shall be submitted by December 21, 2007.

    Plaintiff's reply, if any, shall be submitted by January 3, 2008.

    The Court will schedule oral argument regarding plaintiff's motion at a later date, if necessary.

SO ORDERED.

Dated:    New York, New York
          November 20, 2007

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE