## ROSEN PREMINGER & BLOOM LLP

ATTORNEYS AT LAW
708 THIRD AVENUE — SUITE 1600
NEW YORK, N.Y. 10017
212 682-1900
TELECOPIER: 212 867-6878
rpb@rpblawny.com

**MEMO ENDORSED**

November 29, 2007

By Hand

Honorable Richard J. Sullivan
United States Courthouse
500 Pearl St., Room 615
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07
```

Re: *Valerie Shore v. PaineWebber Long-Term Disability Plan*
No. 04 Civ. 4152 (RJS)

Dear Judge Sullivan:

We are the attorneys for the plaintiff in the referenced action. Plaintiff's motion for attorney's fees and costs are currently due tomorrow, November 30, 2007. Simply due to the press of other matters, we respectfully request an extension of time to submit the motion to December 3, 2007. Defendants' counsel has no objection to this extension.

Thank you for Your Honor's attention to and consideration of this matter.

Respectfully submitted,
Rosen Preminger & Bloom LLP

By: _____
David S. Preminger

Cc: Joshua Bachrach, Esq. by facsimile

*[Handwritten endorsement:]* Plaintiff's request for an extension of time (to Dec. 3, 2007) is granted. However, the Court notes that "the press of other matters," without more, will not suffice as a basis for extensions of time in the future.

SO ORDERED
Dated:
RICHARD J. SULLIVAN
U.S.D.J.