UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

VALERIE A. SHORE,                                    ECF Document

                Plaintiff,                    **NOTICE OF MOTION FOR**
                                                     **ATTORNEY'S FEES AND**
      v.                                           **REIMBURSEMENT OF COSTS**

PAINEWEBBER LONG TERM DISABILITY          No. 04 CV 4152 (RJS)
PLAN, *et al.*

           Defendants.
---------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying Declaration of David S.

Preminger, the exhibits annexed thereto, plaintiff's accompanying memorandum of law and all

papers and proceedings heretofore had herein, plaintiff Valerie A. Shore moves this Court,

pursuant to section 502(g)(1) of the Employee Retirement Income Security Act of 1974, as

amended, 29 U.S.C. § 1132(g)(1), for an award of attorney's fees and reimbursement of costs

and for such other and further relief as to this Court may seem just and proper.

      Oral argument on this motion, if any, will be on a date and at a time designated by the

Court.

Dated:     New York, New York          Rosen Preminger & Bloom LLP
           December 3, 2007             Attorneys for Plaintiff


                              By: _/s/  David S. Preminger_
                                David S. Preminger (DP 1057)
                                708 Third Avenue, Suite 1600
                                New York, New York 10017
                                (212) 682-1900