# EXHIBIT 2

ROSEN, PREMINGER & BLOOM

TIME INPUT FORM
ATTORNEY NAME: DAVID S. PREMINGER, ESQ.
DATE:

| CLIENT # | HRS. | DESCRIPTION |
|---|---|---|
| | | |