# EXHIBIT 3

**Detail Fee Transaction File List**
Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper 3 David S. Preminger** | | | | | | | | | |
| 385.00 | 04/21/2004 | 3 | P | 1 | 515.00 | 0.70 | 360.50 | Initial telephone call from V. Shore re: LTD case; conference with RAS re: same.<br>Shore/Valerie<br>Shore v. Reliance Standard | 4 |
| 385.00 | 04/27/2004 | 3 | P | 1 | 515.00 | 0.30 | 154.50 | Conferences with RAS re: procedure.<br>Shore/Valerie<br>Shore v. Reliance Standard | 5 |
| 385.00 | 05/13/2004 | 3 | P | 1 | 515.00 | 0.60 | 309.00 | Review and revise complaint; conference with RAS re: same.<br>Shore/Valerie<br>Shore v. Reliance Standard | 13 |
| 385.00 | 05/18/2004 | 3 | P | 1 | 515.00 | 0.60 | 309.00 | Review and revise complaint; conference with RAS re: same.<br>Shore/Valerie<br>Shore v. Reliance Standard | 14 |
| 385.00 | 05/21/2004 | 3 | P | 1 | 515.00 | 0.40 | 206.00 | Conference with RAS re: filing and service of process.<br>Shore/Valerie<br>Shore v. Reliance Standard | 20 |
| 385.00 | 05/27/2004 | 3 | P | 1 | 515.00 | 0.50 | 257.50 | Review and revise summons & complaint and civil cover sheet; conference with RAS re: same.<br>Shore/Valerie<br>Shore v. Reliance Standard | 24 |
| 385.00 | 07/01/2004 | 3 | P | 1 | 515.00 | 0.60 | 309.00 | Review letter from Reliances's attorneys; conference with RAS re: same; review and revise letter in response; conference with RAS re: same.<br>Shore/Valerie<br>Shore v. Reliance Standard | 33 |
| 385.00 | 07/08/2004 | 3 | P | 1 | 515.00 | 0.10 | 51.50 | Correspondence from J. Bachrach re: statute of limitations.<br>Shore/Valerie<br>Shore v. Reliance Standard | 35 |
| 385.00 | 07/12/2004 | 3 | P | 1 | 515.00 | 0.30 | 154.50 | Review and revise letter to J. Bachrach; conference with RAS re: same.<br>Shore/Valerie | 37 |

# Detail Fee Transaction File List
Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper 3 David S. Preminger** | | | | | | | | | |
| 385.00 | 09/22/2004 | 3 | P | 1 | 515.00 | 0.70 | 360.50 | Shore v. Reliance Standard Conference with RAS and research re: statute of limitations. Shore/Valerie | 46 |
| 385.00 | 10/05/2004 | 3 | P | 1 | 515.00 | 3.50 | 1802.50 | Shore v. Reliance Standard Review and revise summary judgment brief; conferences with RAS re: same; research re: same. Shore/Valerie | 58 |
| 385.00 | 10/06/2004 | 3 | P | 1 | 515.00 | 0.40 | 206.00 | Shore v. Reliance Standard Conferences with RAS re: summary judgment motion. Shore/Valerie | 59 |
| 385.00 | 10/07/2004 | 3 | P | 1 | 515.00 | 0.30 | 154.50 | Shore v. Reliance Standard Review and revise V. Shore Declaration; conference with RAS re: same. Shore/Valerie | 60 |
| 385.00 | 10/28/2004 | 3 | P | 1 | 515.00 | 0.10 | 51.50 | Shore v. Reliance Standard Telephone call to H. Holloway re: setting briefing schedule (left message). Shore/Valerie | 67 |
| 385.00 | 10/29/2004 | 3 | P | 1 | 515.00 | 0.20 | 103.00 | Shore v. Reliance Standard Telephone call to H. Holloway re: briefing schedule and page limits (she will call back in 15-20 minutes); telephone call from H. Holloway re: same. Shore/Valerie | 68 |
| 385.00 | 11/10/2004 | 3 | P | 1 | 515.00 | 0.20 | 103.00 | Shore v. Reliance Standard Telephone call from V. Shore re: schedule for summary judgment motions. Shore/Valerie | 69 |
| 385.00 | 11/17/2004 | 3 | P | 1 | 515.00 | 0.50 | 257.50 | Shore v. Reliance Standard Telephone call to H. Holloway re: briefing schedule; review Judge Karas' rules; draft letter to Judge Karas re: same; e-mail; same to H. Holloway. | 70 |

**Detail Fee Transaction File List**
Rosen Preminger & Bloom

**Timekeeper 3 David S. Preminger**

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 385.00 | 01/10/2005 | 3 | P | 1 | 550.00 | 1.80 | 990.00 | Shore/Valerie Shore v. Reliance Standard Review motion papers; review Judge Karas' rules; draft letter to Judge Karas re: brief length; prepare motion papers for filing. | 71 |
| 385.00 | 01/11/2005 | 3 | P | 1 | 550.00 | 6.00 | 3300.00 | Shore/Valerie Shore v. Reliance Standard Review and revise summary judgment papers; prepare for filing; file papers electronically. | 72 |
| 385.00 | 01/24/2005 | 3 | P | 1 | 550.00 | 0.10 | 55.00 | Shore/Valerie Shore v. Reliance Standard Telephone call to H. Holloway re: settlement (spoke to her secretary); telephone call from H. Holloway. | 73 |
| 385.00 | 02/01/2005 | 3 | P | 1 | 550.00 | 0.30 | 165.00 | Shore/Valerie Shore v. Reliance Standard Phone call to H. Holloway re: extension (left message); draft letter to Judge Karas requesting extension. | 74 |
| 385.00 | 02/04/2005 | 3 | P | 1 | 550.00 | 0.80 | 440.00 | Shore/Valerie Shore v. Reliance Standard Telephone call to E. Levine re: briefing schedule (left message); conference with PGAR re: opposition papers; fax from court re: briefing schedule; fax same to H. Holloway. | 75 |
| 385.00 | 02/18/2005 | 3 | P | 1 | 550.00 | 0.50 | 275.00 | Shore/Valerie Shore v. Reliance Standard Telephone call from H. Holloway; telephone call to M. Greenstein re: present value of benefits; telephone call to V. Shore re: same; telephone call to H. Holloway re: same (left message). | 80 |
| 385.00 | 02/19/2005 | 3 | P | 1 | 550.00 | 7.00 | 3850.00 | Shore/Valerie Shore v. Reliance Standard Research and draft opposition to defendants' summary | 81 |

**Detail Fee Transaction File List**
Rosen Preminger & Bloom

**Timekeeper 3 David S. Preminger**

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | judgment motion.<br>Shore/Valerie<br>Shore v. Reliance Standard | |
| 385.00 | 02/21/2005 | 3 | P | 1 | 550.00 | 5.00 | 2750.00 | Research and draft opposition to defendants' summary judgment motion.<br>Shore/Valerie<br>Shore v. Reliance Standard | 82 |
| 385.00 | 02/22/2005 | 3 | P | 1 | 550.00 | 6.00 | 3300.00 | Research and draft opposition to defendants' summary judgment motion; draft letter to Judge Karas enclosing courtesy copies of same; file same by ECF; e-mail from H. Halloway re: settlement; telephone call to M. Greenstein re: same; review defendants' opposition to plaintiff's summary judgment motion.<br>Shore/Valerie<br>Shore v. Reliance Standard | 83 |
| 385.00 | 02/23/2005 | 3 | P | 1 | 550.00 | 0.60 | 330.00 | Telephone call from V. Shore re: settlement and motion for summary judgment; e-mail all motion papers to V. Shore.<br>Shore/Valerie<br>Shore v. Reliance Standard | 84 |
| 385.00 | 02/24/2005 | 3 | P | 1 | 550.00 | 0.10 | 55.00 | Telephone call to M. Greenstein.<br>Shore/Valerie<br>Shore v. Reliance Standard | 85 |
| 385.00 | 02/28/2005 | 3 | P | 1 | 550.00 | 1.80 | 990.00 | E-mail from M. Greenstein; calculate present value; telephone call to V. Shore re: same and settlement; telephone call to H. Holloway re: same (left message).<br>Shore/Valerie<br>Shore v. Reliance Standard | 86 |
| 385.00 | 03/01/2005 | 3 | P | 1 | 550.00 | 0.30 | 165.00 | Telephone call from H. Holloway (left message); returned call (left message); H. Holloway returned call.<br>Shore/Valerie<br>Shore v. Reliance Standard | 87 |

**Detail Fee Transaction File List**
Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper 3 David S. Preminger** | | | | | | | | | |
| 385.00 | 03/07/2005 | 3 | P | 1 | 550.00 | 7.00 | 3850.00 | Research and draft reply memorandum. Shore/Valerie Shore v. Reliance Standard | 88 |
| 385.00 | 03/08/2005 | 3 | P | 1 | 550.00 | 7.50 | 4125.00 | Research, draft and file reply memorandum; draft letter to Judge Karas enclosing same. Shore/Valerie Shore v. Reliance Standard | 89 |
| 385.00 | 03/09/2005 | 3 | P | 1 | 550.00 | 0.20 | 110.00 | Review defendants' reply memorandum. Shore/Valerie Shore v. Reliance Standard | 90 |
| 385.00 | 03/13/2005 | 3 | P | 1 | 550.00 | 0.10 | 55.00 | Draft letter to V. Shore enclosing 3/7/05 letter from H. Holloway. Shore/Valerie Shore v. Reliance Standard | 91 |
| 385.00 | 03/28/2005 | 3 | P | 1 | 550.00 | 0.30 | 165.00 | Telephone call from V. Shore re: status. Shore/Valerie Shore v. Reliance Standard | 92 |
| 385.00 | 04/14/2005 | 3 | P | 1 | 550.00 | 0.40 | 220.00 | Correspondence from H. Holloway enclosing decision in Weinreb v. Hospital for Joint Diseases; draft letter to Judge Karos re: same. Shore/Valerie Shore v. Reliance Standard | 93 |
| 385.00 | 05/11/2005 | 3 | P | 1 | 550.00 | 0.20 | 110.00 | Draft letter to Judge Karas re: 60 days since submission of motions. Shore/Valerie Shore v. Reliance Standard | 94 |
| 385.00 | 06/28/2005 | 3 | P | 1 | 550.00 | 0.30 | 165.00 | Telephone call from H. Holloway (left message) re: settlement; telephone call to V. Shore re: same. Shore/Valerie Shore v. Reliance Standard | 95 |
| 385.00 | 08/17/2005 | 3 | P | 1 | 550.00 | 0.10 | 55.00 | Correspondence from H. Holloway re: settlement. | 96 |

**Timekeeper 3 David S. Preminger**

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 385.00 | 08/18/2005 | 3 | P | 1 | 550.00 | 0.10 | 55.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Telephone call from H. Holloway re: settlement. | 97 |
| 385.00 | 04/25/2006 | 3 | P | 1 | 585.00 | 1.30 | 760.50 | Shore/Valerie<br>Shore v. Reliance Standard<br>Review Wilkens v. Mason Tenders; review summary judgment papers; draft letter to Judge Karas re: same; | 98 |
| 385.00 | 03/21/2007 | 3 | P | 1 | 610.00 | 0.30 | 183.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Telephone call to Judge Karas' chambers re: status of motion; e-mails with V. Shore re: same. | 99 |
| 385.00 | 09/13/2007 | 3 | P | 1 | 610.00 | 0.30 | 183.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Draft letter to Judge Karas. | 100 |
| 385.00 | 09/24/2007 | 3 | P | 1 | 610.00 | 0.60 | 366.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Conference with V. Shore re: status. | 101 |
| 385.00 | 10/17/2007 | 3 | P | 1 | 610.00 | 5.00 | 3050.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Review summary judgment decision; e-mail same to V. Shore; telephone call from V. Shore re: same; research and draft letter to Judge Karas re: pre-motion conference on attorney's fees. | 102 |
| 385.00 | 10/19/2007 | 3 | P | 1 | 610.00 | 0.30 | 183.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>E-mails with V. Shore re: fee application. | 103 |
| 385.00 | 10/22/2007 | 3 | P | 1 | 610.00 | 0.70 | 427.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Telephone call from J. Bachrach re: fees; research re: same; telephone call to J. Bachrach re: same. | 104 |

**Detail Fee Transaction File List**
Rosen Preminger & Bloom

**Timekeeper 3 David S. Preminger**

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 385.00 | 10/30/2007 | 3 | P | 1 | 610.00 | 2.00 | 1220.00 | Shore v. Reliance Standard<br>Research use of DOT definitions by Reliance.<br>Shore/Valerie | 105 |
| 385.00 | 10/31/2007 | 3 | P | 1 | 610.00 | 0.20 | 122.00 | Shore v. Reliance Standard<br>Research re: remand.<br>Shore/Valerie | 106 |
| 385.00 | 11/05/2007 | 3 | P | 1 | 610.00 | 0.70 | 427.00 | Shore v. Reliance Standard<br>ECF notice re: reassignment to Judge Sullivan; draft letter to Judge Sullivan re: pre-motion conference; ECF notice of conference.<br>Shore/Valerie | 107 |
| 385.00 | 11/07/2007 | 3 | P | 1 | 610.00 | 0.10 | 61.00 | Shore v. Reliance Standard<br>E-mails with J. Bachrach re: submissions.<br>Shore/Valerie | 108 |
| 385.00 | 11/15/2007 | 3 | P | 1 | 610.00 | 4.50 | 2745.00 | Shore v. Reliance Standard<br>Review file; draft V. Shore Declaration; review and revise same; e-mails with and telephone calls with V. Shore re: same; e-mail documents to J. Bachrach.<br>Shore/Valerie | 109 |
| 385.00 | 11/19/2007 | 3 | P | 1 | 610.00 | 3.20 | 1952.00 | Shore v. Reliance Standard<br>Prepare for 11/20/07 court appearance; research re: same.<br>Shore/Valerie | 110 |
| 385.00 | 11/20/2007 | 3 | P | 1 | 610.00 | 5.50 | 3355.00 | Shore v. Reliance Standard<br>Prepare for court appearance; research re: same; court appearance re: pre-motion conference on fees.<br>Shore/Valerie | 111 |
| 385.00 | 11/21/2007 | 3 | P | 1 | 610.00 | 0.30 | 183.00 | Shore v. Reliance Standard<br>Research re: fee motion.<br>Shore/Valerie | 112 |
| 385.00 | 11/27/2007 | 3 | P | 1 | 550.00 | 0.80 | 440.00 | Shore v. Reliance Standard<br>Draft Notice of Motion and Declaration for fees. | 113 |

**Detail Fee Transaction File List**
Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper 3 David S. Preminger** | | | | | | | | | |
| 385.00 | 11/29/2007 | 3 | P | 1 | 550.00 | 0.20 | 110.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Telephone call to J. Bachrach re: extension on motion for fees; draft letter to Judge Sullivan re: same. | 114 |
| 385.00 | 11/30/2007 | 3 | P | 1 | 550.00 | 4.50 | 2475.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Research and draft Motion for fees and costs. | 115 |
| 385.00 | 12/01/2007 | 3 | P | 1 | 550.00 | 9.00 | 4950.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Research and draft Memo to Support of Motion for fees and costs. | 116 |
| 385.00 | 12/02/2007 | 3 | P | 1 | 550.00 | 3.80 | 2090.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Research and draft Memorandum in Support of Motion for Fees and Costs; review and revise same. | 117 |
| Total for Timekeeper 3 | | | | | Billable | 99.80 | 56007.50 | David S. Preminger | |
| | | | | | | GRAND TOTALS | | | |
| | | | | | Billable | 99.80 | 56007.50 | | |

# Detail Fee Transaction File List

Rosen Preminger & Bloom

**Timekeeper 18 Rose A. Saxe**

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 385.00 | 04/22/2004 | 18 | P | 1 | 175.00 | 4.70 | 822.50 | Telephone calls with V. Shore; T. Renaker; research re: statute of limitations<br>Shore/Valerie<br>Shore v. Reliance Standard | 1 |
| 385.00 | 04/23/2004 | 18 | P | 1 | 175.00 | 5.00 | 875.00 | Review documents provided by V. Shore; research re: statute of limitations; telephone call with V. Shore re: same.<br>Shore/Valerie<br>Shore v. Reliance Standard | 2 |
| 385.00 | 04/26/2004 | 18 | P | 1 | 175.00 | 4.50 | 787.50 | Review docs provided by V. Shore; research re: potential claims; telephone call to V. Shore re: same.<br>Shore/Valerie<br>Shore v. Reliance Standard | 3 |
| 385.00 | 04/27/2004 | 18 | P | 1 | 175.00 | 4.60 | 805.00 | Draft retainer agreement; review docs provided by V. Shore; draft complaint; research re: potential claims.<br>Shore/Valerie<br>Shore v. Reliance Standard | 6 |
| 385.00 | 04/28/2004 | 18 | P | 1 | 175.00 | 4.60 | 805.00 | Draft complaint; review admin. record.<br>Shore/Valerie<br>Shore v. Reliance Standard | 7 |
| 385.00 | 04/29/2004 | 18 | P | 1 | 175.00 | 3.70 | 647.50 | Review admin. record; draft complaint.<br>Shore/Valerie<br>Shore v. Reliance Standard | 8 |
| 385.00 | 05/06/2004 | 18 | P | 1 | 175.00 | 0.20 | 35.00 | Telephone calls with V. Shore re: prior representation.<br>Shore/Valerie<br>Shore v. Reliance Standard | 9 |
| 385.00 | 05/10/2004 | 18 | P | 1 | 175.00 | 2.90 | 507.50 | Draft complaint.<br>Shore/Valerie<br>Shore v. Reliance Standard | 10 |
| 385.00 | 05/11/2004 | 18 | P | 1 | 175.00 | 3.60 | 630.00 | Draft complaint; review admin. record.<br>Shore/Valerie<br>Shore v. Reliance Standard | 11 |

# Detail Fee Transaction File List

Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper 18 Rose A. Saxe** | | | | | | | | | |
| 385.00 | 05/12/2004 | 18 | P | 1 | 175.00 | 1.00 | 175.00 | Draft letter to E. Gisoni re: tolling agreement; conference with DSP re: same; revise letters; e-mails to/from V. Shore re: same.<br>Shore/Valerie<br>Shore v. Reliance Standard | 12 |
| 385.00 | 05/13/2004 | 18 | P | 1 | 175.00 | 0.60 | 105.00 | Conference with DSP re: complaint; revise same.<br>Shore/Valerie<br>Shore v. Reliance Standard | 15 |
| 385.00 | 05/14/2004 | 18 | P | 1 | 175.00 | 1.60 | 280.00 | Revise complaint; e-mails to V. Shore.<br>Shore/Valerie<br>Shore v. Reliance Standard | 16 |
| 385.00 | 05/17/2004 | 18 | P | 1 | 175.00 | 0.50 | 87.50 | E-mails to/from V. Shore re: complaint.<br>Shore/Valerie<br>Shore v. Reliance Standard | 17 |
| 385.00 | 05/18/2004 | 18 | P | 1 | 175.00 | 4.20 | 735.00 | Revise complaint; conferences with DSP re: same.<br>Shore/Valerie<br>Shore v. Reliance Standard | 18 |
| 385.00 | 05/20/2004 | 18 | P | 1 | 175.00 | 0.40 | 70.00 | Revise complaint; conference with DSP re: same.<br>Shore/Valerie<br>Shore v. Reliance Standard | 19 |
| 385.00 | 05/21/2004 | 18 | P | 1 | 175.00 | 1.50 | 262.50 | Revise complaint, prepare summons & Civil Cover Sheet.<br>Shore/Valerie<br>Shore v. Reliance Standard | 21 |
| 385.00 | 05/24/2004 | 18 | P | 1 | 175.00 | 0.20 | 35.00 | Review e-mails from V. Shore & respond to same.<br>Shore/Valerie<br>Shore v. Reliance Standard | 22 |
| 385.00 | 05/27/2004 | 18 | P | 1 | 175.00 | 0.60 | 105.00 | Research re: venue.<br>Shore/Valerie<br>Shore v. Reliance Standard | 23 |
| 385.00 | 05/28/2004 | 18 | P | 1 | 175.00 | 0.80 | 140.00 | Revise civil cover sheet and summons; research re: same.<br>Shore/Valerie | 25 |

# Detail Fee Transaction File List

Rosen Preminger & Bloom

**Timekeeper 18 Rose A. Saxe**

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 385.00 | 06/01/2004 | 18 | P | 1 | 175.00 | 0.50 | 87.50 | Shore v. Reliance Standard<br>Prepare complaint for filing; civil cover sheet; summons.<br>Shore/Valerie | 26 |
| 385.00 | 06/02/2004 | 18 | P | 1 | 175.00 | 2.10 | 367.50 | Shore v. Reliance Standard<br>File complaint; research re: electronic filing; telephone call to UBS re: service.<br>Shore/Valerie | 27 |
| 385.00 | 06/03/2004 | 18 | P | 1 | 175.00 | 0.80 | 140.00 | Shore v. Reliance Standard<br>Arrange for service of process - telephone calls to process server; review electronic filing rules and judge's rules.<br>Shore/Valerie | 28 |
| 385.00 | 06/16/2004 | 18 | P | 1 | 175.00 | 0.30 | 52.50 | Shore v. Reliance Standard<br>Telephone calls with N.Y. Insurance Dept. re: service on Reliance; draft letter re: same.<br>Shore/Valerie | 29 |
| 385.00 | 06/18/2004 | 18 | P | 1 | 175.00 | 0.20 | 35.00 | Shore v. Reliance Standard<br>Telephone call with J. Williams (counsel for Paine Webber) re: service of complaint and stipulation.<br>Shore/Valerie | 30 |
| 385.00 | 06/23/2004 | 18 | P | 1 | 175.00 | 0.50 | 87.50 | Shore v. Reliance Standard<br>Telephone call with V. Shore re: status.<br>Shore/Valerie | 31 |
| 385.00 | 07/01/2004 | 18 | P | 1 | 175.00 | 3.10 | 542.50 | Shore v. Reliance Standard<br>Electronic filing of affidavits of service; review letter from opposing counsel; draft reply to same; research re: same; conference with DSP re: same; revise same.<br>Shore/Valerie | 38 |
| 385.00 | 07/12/2004 | 18 | P | 1 | 175.00 | 0.50 | 87.50 | Shore v. Reliance Standard<br>Review letter from S. Bachrach; draft response to same.<br>Shore/Valerie | 39 |
| | | | | | | | | Shore v. Reliance Standard | |

# Detail Fee Transaction File List

Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper 18 Rose A. Saxe** | | | | | | | | | |
| 385.00 | 07/14/2004 | 18 | P | 1 | 175.00 | 2.40 | 420.00 | Draft SJ brief; research re: statute of limitations.<br>Shore/Valerie<br>Shore v. Reliance Standard | 40 |
| 385.00 | 07/15/2004 | 18 | P | 1 | 175.00 | 3.80 | 665.00 | Draft SJ brief; research re: statute of limitations.<br>Shore/Valerie<br>Shore v. Reliance Standard | 41 |
| 385.00 | 07/19/2004 | 18 | P | 1 | 175.00 | 4.50 | 787.50 | Review administrative record and draft motion for summary judgment.<br>Shore/Valerie<br>Shore v. Reliance Standard | 42 |
| 385.00 | 07/20/2004 | 18 | P | 1 | 175.00 | 1.70 | 297.50 | Review administrative record; draft summary judgment brief.<br>Shore/Valerie<br>Shore v. Reliance Standard | 43 |
| 385.00 | 07/21/2004 | 18 | P | 1 | 175.00 | 3.20 | 560.00 | Draft motion for summary judgment; research re: same.<br>Shore/Valerie<br>Shore v. Reliance Standard | 44 |
| 385.00 | 09/09/2004 | 18 | P | 1 | 175.00 | 0.60 | 105.00 | Telephone call with V. Shore re: status; review discovery rules; telephone call to opposing counsel re: Rule 26 (F) report.<br>Shore/Valerie<br>Shore v. Reliance Standard | 45 |
| 385.00 | 09/10/2004 | 18 | P | 1 | 175.00 | 0.10 | 17.50 | Telephone call with opposing counsel re: Rule 26(f).<br>Shore/Valerie<br>Shore v. Reliance Standard | 47 |
| 385.00 | 09/16/2004 | 18 | P | 1 | 175.00 | 2.80 | 490.00 | Draft Rule 26(f) report; research re: local rules.<br>Shore/Valerie<br>Shore v. Reliance Standard | 48 |
| 385.00 | 09/17/2004 | 18 | P | 1 | 175.00 | 0.50 | 87.50 | Revise Rule 26(f) report.<br>Shore/Valerie<br>Shore v. Reliance Standard | 49 |
| 385.00 | 09/20/2004 | 18 | P | 1 | 175.00 | 3.00 | 525.00 | Research summary judgment motion (limitations period). | 50 |

# Detail Fee Transaction File List
Rosen Preminger & Bloom

**Timekeeper 18 Rose A. Saxe**

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 385.00 | 09/21/2004 | 18 | P | 1 | 175.00 | 4.20 | 735.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Review administrative record; telephone call to H. Holloway; revise Rule 26(f) report; research re: limitations period. | 51 |
| 385.00 | 09/22/2004 | 18 | P | 1 | 175.00 | 4.90 | 857.50 | Shore/Valerie<br>Shore v. Reliance Standard<br>Research/draft SJ motion (limitations period); research re: NY Insurance requirements. | 52 |
| 385.00 | 09/24/2004 | 18 | P | 1 | 175.00 | 0.30 | 52.50 | Shore/Valerie<br>Shore v. Reliance Standard<br>Telephone call with H. Holloway re: Rule 26(f) report; revise same. | 53 |
| 385.00 | 09/27/2004 | 18 | P | 1 | 175.00 | 0.20 | 35.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>File rule 26(f) report. | 54 |
| 385.00 | 09/28/2004 | 18 | P | 1 | 175.00 | 2.50 | 437.50 | Shore/Valerie<br>Shore v. Reliance Standard<br>Research and draft summary judgment motion. | 55 |
| 385.00 | 09/29/2004 | 18 | P | 1 | 175.00 | 6.80 | 1190.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Draft summary judgment motion and research re: same. | 56 |
| 385.00 | 09/30/2004 | 18 | P | 1 | 175.00 | 6.20 | 1085.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Draft summary judgment motion; review administrative record; telephone call with V. Shore re: status; telephone calls with H. Holloway re: applicable insurance policy. | 57 |
| 385.00 | 10/01/2004 | 18 | P | 1 | 175.00 | 5.40 | 945.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Revise summary judgment motion and draft plaintiff's declaration. | 61 |
| | | | | | | | | Shore/Valerie | |

# Detail Fee Transaction File List

Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper 18 Rose A. Saxe** | | | | | | | | | |
| 385.00 | 10/04/2004 | 18 | P | 1 | 175.00 | 5.10 | 892.50 | Shore v. Reliance Standard<br>Revise summary judgment brief and research re: same; revise plaintiff's declaration; multiple e-mails to V. Shore re: same.<br>Shore/Valerie | 62 |
| 385.00 | 10/05/2004 | 18 | P | 1 | 175.00 | 2.40 | 420.00 | Shore v. Reliance Standard<br>Revise summary judgment brief; research re: ERISA plans; conference with DSP re: draft brief.<br>Shore/Valerie | 63 |
| 385.00 | 10/06/2004 | 18 | P | 1 | 175.00 | 5.90 | 1032.50 | Shore v. Reliance Standard<br>Revise summary judgment brief and Shore declaration; review 1997 insurance policy and research re: standard of review; draft Rule 56.1 statement.<br>Shore/Valerie | 64 |
| 385.00 | 10/07/2004 | 18 | P | 1 | 175.00 | 2.60 | 455.00 | Shore v. Reliance Standard<br>Telephone calls with V. Shore re: status and summary judgment declaration; review multiple e-mails from V. Shore re: same; revise declaration and Rule 56.1 Statement in response to V. Shore comments.<br>Shore/Valerie | 65 |
| 385.00 | 10/12/2004 | 18 | P | 1 | 175.00 | 2.60 | 455.00 | Shore v. Reliance Standard<br>Telephone calls with V. Shore re: summary judgment papers and declaration; revise same.<br>Shore/Valerie<br>Shore v. Reliance Standard | 66 |
| **Total for Timekeeper 18** | | | | | Billable | 124.90 | 21857.50 | Rose A. Saxe | |
| | | | | | | **GRAND TOTALS** | | | |
| | | | | | Billable | 124.90 | 21857.50 | | |

# Detail Fee Transaction File List
Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper 2 Paula G.A. Ryan** | | | | | | | | | |
| 385.00 | 02/04/2005 | 2 | P | 1 | 360.00 | 2.70 | 972.00 | Review file; draft counter statement of facts.<br>Shore/Valerie<br>Shore v. Reliance Standard | 76 |
| 385.00 | 02/07/2005 | 2 | P | 1 | 360.00 | 1.00 | 360.00 | Review file and work on Rule 56.1 Reply.<br>Shore/Valerie<br>Shore v. Reliance Standard | 77 |
| 385.00 | 02/08/2005 | 2 | P | 1 | 360.00 | 1.00 | 360.00 | Review file; prepare and edit Counter Statement of Facts.<br>Shore/Valerie<br>Shore v. Reliance Standard | 78 |
| 385.00 | 02/09/2005 | 2 | P | 1 | 360.00 | 3.00 | 1080.00 | Prepare Counter 56.1 Statement; format.<br>Shore/Valerie<br>Shore v. Reliance Standard | 79 |
| **Total for Timekeeper 2** | | | | | Billable | 7.70 | 2772.00 | Paula G.A. Ryan | |
| | | | | | | | **GRAND TOTALS** | | |
| | | | | | Billable | 7.70 | 2772.00 | | |