# EXHIBIT 4

# Detail Cost Transaction File List
## Rosan Preminger & Bloom

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| **Timekeeper 3 David S. Preminger** | | | | | | | |
| 385.00 | 05/01/2004 | 3 | P | 51 | | 4.00 | Photocopying |
| | | | | | | | Shore/Valerie |
| | | | | | | | Shore v. Reliance Standard |
| 385.00 | 05/01/2004 | 3 | P | 76 | | 5.45 | **LEXIS/NEXIS:** Online legal research. |
| | | | | | | | Shore/Valerie |
| 385.00 | 05/12/2004 | 3 | P | 53 | | 8.84 | Postage |
| | | | | | | | Shore/Valerie |
| | | | | | | | Shore v. Reliance Standard |
| 385.00 | 05/19/2004 | 3 | P | 50 | | 2.20 | Long distance telephone charges |
| | | | | | | | Shore/Valerie |
| | | | | | | | Shore v. Reliance Standard |
| 385.00 | 05/21/2004 | 3 | P | 50 | | 0.08 | Long distance telephone charges |
| | | | | | | | Shore/Valerie |
| | | | | | | | Shore v. Reliance Standard |
| 385.00 | 06/01/2004 | 3 | P | 50 | | 0.08 | Long distance telephone charges |
| | | | | | | | Shore/Valerie |
| | | | | | | | Shore v. Reliance Standard |
| 385.00 | 06/01/2004 | 3 | P | 51 | | 34.24 | Photocopying |
| | | | | | | | Shore/Valerie |
| | | | | | | | Shore v. Reliance Standard |
| 385.00 | 06/01/2004 | 3 | P | 76 | | 57.10 | **LEXIS/NEXIS:** Online legal research. |
| | | | | | | | Shore/Valerie |
| | | | | | | | Shore v. Reliance Standard |
| 385.00 | 06/01/2004 | 3 | P | 70 | | 150.00 | Filing fee - Complaint |
| | | | | | | | Shore/Valerie |
| | | | | | | | Shore v. Reliance Standard |
| 385.00 | 06/02/2004 | 3 | P | 50 | | 0.39 | Long distance telephone charges |
| | | | | | | | Shore/Valerie |
| | | | | | | | Shore v. Reliance Standard |
| 385.00 | 06/03/2004 | 3 | P | 45 | | 9.00 | Messenger Service |

## Detail Cost Transaction File List
Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| **Timekeeper 3 David S. Preminger** | | | | | | | |
| 385.00 | 06/07/2004 | 3 | P | 71 | | 28.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Process Server fee - Global Process Service Co., Inc. |
| 385.00 | 06/09/2004 | 3 | P | 50 | | 0.52 | Shore/Valerie<br>Shore v. Reliance Standard<br>Long distance telephone charges |
| 385.00 | 06/10/2004 | 3 | P | 71 | | 85.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Process Server fee - Global Process Service Co., Inc. |
| 385.00 | 06/10/2004 | 3 | P | 71 | | 85.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Process Server fee - Global Process Service Co., Inc. |
| 385.00 | 06/10/2004 | 3 | P | 71 | | 85.00 | Shore/Valerie<br>Shore v. Reliance Standard<br>Process Server fee - Global Process Service Co., Inc. |
| 385.00 | 06/16/2004 | 3 | P | 50 | | 0.16 | Shore/Valerie<br>Shore v. Reliance Standard<br>Long distance telephone charges |
| 385.00 | 07/01/2004 | 3 | P | 50 | | 0.13 | Shore/Valerie<br>Shore v. Reliance Standard<br>Long distance telephone charges |
| 385.00 | 07/01/2004 | 3 | P | 51 | | 1.60 | Shore/Valerie<br>Shore v. Reliance Standard<br>Photocopying |
| 385.00 | 07/01/2004 | 3 | P | 76 | | 32.29 | Shore/Valerie<br>Shore v. Reliance Standard<br>**LEXIS/NEXIS:** Online legal research. |
| 385.00 | 07/21/2004 | 3 | P | 236 | | 0.07 | Shore/Valerie<br>Shore v. Reliance Standard<br>PACER |

# Detail Cost Transaction File List
### Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H P L | Tcd | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| **Timekeeper 3 David S. Preminger** | | | | | | | |
| 385.00 | 09/01/2004 | 3 | P | 51 | | 3.20 | Shore v. Reliance Standard<br>Photocopying<br>Shore/Valerie |
| 385.00 | 09/01/2004 | 3 | P | 76 | | 262.10 | Shore v. Reliance Standard<br>LEXIS/NEXIS: Online legal research.<br>Shore/Valerie |
| 385.00 | 09/09/2004 | 3 | P | 50 | | 0.18 | Shore v. Reliance Standard<br>Long distance telephone charges<br>Shore/Valerie |
| 385.00 | 09/21/2004 | 3 | P | 50 | | 0.08 | Shore v. Reliance Standard<br>Long distance telephone charges<br>Shore/Valerie |
| 385.00 | 09/24/2004 | 3 | P | 50 | | 0.08 | Shore v. Reliance Standard<br>Long distance telephone charges<br>Shore/Valerie |
| 385.00 | 09/30/2004 | 3 | P | 50 | | 0.08 | Shore v. Reliance Standard<br>Long distance telephone charges<br>Shore/Valerie |
| 385.00 | 10/01/2004 | 3 | P | 51 | | 6.08 | Shore v. Reliance Standard<br>Photocopying<br>Shore/Valerie |
| 385.00 | 10/01/2004 | 3 | P | 76 | | 61.02 | Shore v. Reliance Standard<br>LEXIS/NEXIS: Online legal research.<br>Shore/Valerie |
| 385.00 | 10/07/2004 | 3 | P | 50 | | 0.32 | Shore v. Reliance Standard<br>Long distance telephone charges<br>Shore/Valerie |
| 385.00 | 10/13/2004 | 3 | P | 29 | | 14.62 | Shore v. Reliance Standard<br>Federal Express<br>Shore/Valerie |

# Detail Cost Transaction File List
Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref# |
|---|---|---|---|---|---|---|---|---|
| **Timekeeper 3 David S. Preminger** | | | | | | | | |
| 385.00 | 10/13/2004 | 3 | P | 50 | | 0.30 | Long distance telephone charges Shore/Valerie Shore v. Reliance Standard | |
| 385.00 | 10/28/2004 | 3 | P | 50 | | 0.08 | Long distance telephone charges Shore/Valerie Shore v. Reliance Standard | |
| 385.00 | 10/28/2004 | 3 | P | 50 | | 0.08 | Long distance telephone charges Shore/Valerie Shore v. Reliance Standard | |
| 385.00 | 10/29/2004 | 3 | P | 50 | | 0.08 | Long distance telephone charges Shore/Valerie Shore v. Reliance Standard | |
| 385.00 | 10/29/2004 | 3 | P | 50 | | 0.14 | Long distance telephone charges Shore/Valerie Shore v. Reliance Standard | |
| 385.00 | 11/17/2004 | 3 | P | 50 | | 0.09 | Long distance telephone charges Shore/Valerie Shore v. Reliance Standard | |
| 385.00 | 11/18/2004 | 3 | P | 55 | | 2.00 | Fax Shore/Valerie Shore v. Reliance Standard | |
| 385.00 | 11/18/2004 | 3 | P | 104 | | 6.00 | Velobinding Shore/Valerie Shore v. Reliance Standard | |
| 385.00 | 01/01/2005 | 3 | P | 51 | | 51.20 | Photocopying Shore/Valerie Shore v. Reliance Standard | |
| 385.00 | 01/10/2005 | 3 | P | 57 | | 312.28 | Document Reproduction - Outside Photocopying Shore/Valerie Shore v. Reliance Standard | |
| 385.00 | 01/11/2005 | 3 | P | 55 | | 2.00 | Fax | |

**Detail Cost Transaction File List**
Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | |
|--------|-----------|------|-----|-----|------|--------|---|
| **Timekeeper 3 David S. Preminger** | | | | | | | |
| | | | | | | | Shore/Valerie |
| 385.00 | 01/11/2005 | 3 | P | 45 | | 9.00 | Shore v. Reliance Standard |
| | | | | | | | Messenger Service |
| | | | | | | | Shore/Valerie |
| 385.00 | 01/11/2005 | 3 | P | 236 | | 0.21 | Shore v. Reliance Standard |
| | | | | | | | PACER |
| | | | | | | | Shore/Valerie |
| 385.00 | 01/12/2005 | 3 | P | 55 | | 3.00 | Shore v. Reliance Standard |
| | | | | | | | Fax |
| | | | | | | | Shore/Valerie |
| 385.00 | 02/01/2005 | 3 | P | 51 | | 9.92 | Shore v. Reliance Standard |
| | | | | | | | Photocopying |
| | | | | | | | Shore/Valerie |
| 385.00 | 02/02/2005 | 3 | P | 45 | | 9.00 | Shore v. Reliance Standard |
| | | | | | | | Messenger Service |
| | | | | | | | Shore/Valerie |
| 385.00 | 02/02/2005 | 3 | P | 55 | | 3.00 | Shore v. Reliance Standard |
| | | | | | | | Fax |
| | | | | | | | Shore/Valerie |
| 385.00 | 02/04/2005 | 3 | P | 55 | | 4.00 | Shore v. Reliance Standard |
| | | | | | | | Fax |
| | | | | | | | Shore/Valerie |
| 385.00 | 02/11/2005 | 3 | P | 57 | | 13.04 | Shore v. Reliance Standard |
| | | | | | | | Document Reproduction - Outside Photocopying |
| | | | | | | | Shore/Valerie |
| 385.00 | 02/23/2005 | 3 | P | 55 | | 2.00 | Shore v. Reliance Standard |
| | | | | | | | Fax |
| | | | | | | | Shore/Valerie |
| 385.00 | 02/23/2005 | 3 | P | 45 | | 9.00 | Shore v. Reliance Standard |
| | | | | | | | Messenger Service |
| | | | | | | | Shore/Valerie |

# Detail Cost Transaction File List
Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H/P | Tcd | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| **Timekeeper 3 David S. Preminger** | | | | | | | |
| 385.00 | 03/01/2005 | 3 | P | 23 | | 500.00 | Actuarial Consultant (MRG) — Shore v. Reliance Standard — Shore/Valerie |
| 385.00 | 03/01/2005 | 3 | P | 51 | | 4.48 | Photocopying — Shore v. Reliance Standard — Shore/Valerie |
| 385.00 | 03/01/2005 | 3 | P | 76 | | 86.31 | LEXIS/NEXIS: Online legal research. — Shore v. Reliance Standard — Shore/Valerie |
| 385.00 | 03/08/2005 | 3 | P | 55 | | 2.00 | Fax — Shore v. Reliance Standard — Shore/Valerie |
| 385.00 | 03/14/2005 | 3 | P | 53 | | 1.29 | Postage — Shore v. Reliance Standard — Shore/Valerie |
| 385.00 | 03/14/2005 | 3 | P | 53 | | 0.37 | Postage — Shore v. Reliance Standard — Shore/Valerie |
| 385.00 | 04/01/2005 | 3 | P | 51 | | 0.64 | Photocopying — Shore v. Reliance Standard — Shore/Valerie |
| 385.00 | 04/01/2005 | 3 | P | 236 | | 1.26 | PACER — Shore v. Reliance Standard — Shore/Valerie |
| 385.00 | 04/14/2005 | 3 | P | 53 | | 0.74 | Postage — Shore v. Reliance Standard — Shore/Valerie |
| 385.00 | 05/01/2005 | 3 | P | 51 | | 0.32 | Photocopying — Shore v. Reliance Standard — Shore/Valerie |

# Detail Cost Transaction File List
## Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| **Timekeeper 3 David S. Preminger** | | | | | | | |
| 385.00 | 05/01/2005 | 3 | P | 236 | | 0.21 | PACER<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 05/11/2005 | 3 | P | 53 | | 0.37 | Postage<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 06/01/2005 | 3 | P | 236 | | 0.21 | PACER<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 07/01/2005 | 3 | P | 76 | | 17.43 | **LEXIS/NEXIS:** Online legal research.<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 04/01/2006 | 3 | P | 51 | 0.250 | 5.50 | Photocopying<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 04/25/2006 | 3 | P | 55 | | 12.00 | Fax<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 04/25/2006 | 3 | P | 53 | | 0.87 | Postage<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 04/25/2006 | 3 | P | 45 | | 9.00 | Messenger Service<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 03/21/2007 | 3 | P | 236 | 0.080 | 0.24 | PACER<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 09/01/2007 | 3 | P | 51 | 0.250 | 0.50 | Photocopying<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 09/10/2007 | 3 | P | 236 | 0.080 | 0.24 | PACER |

# Detail Cost Transaction File List
## Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| **Timekeeper 3 David S. Preminger** | | | | | | | |
| 385.00 | 09/13/2007 | 3 | P | 53 | | 0.82 | Shore/Valerie<br>Shore v. Reliance Standard<br>Postage<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 10/01/2007 | 3 | P | 51 | 0.250 | 1.50 | Photocopying<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 10/01/2007 | 3 | P | 76 | 2.000 | 109.93 | LEXIS/NEXIS: Online legal research.<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 10/18/2007 | 3 | P | 53 | | 0.82 | Postage<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 11/01/2007 | 3 | P | 51 | 0.250 | 4.00 | Photocopying<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 11/05/2007 | 3 | P | 53 | | 0.41 | Postage<br>Shore/Valerie<br>Shore v. Reliance Standard |
| 385.00 | 11/05/2007 | 3 | P | 53 | | 0.97 | Postage<br>Shore/Valerie<br>Shore v. Reliance Standard |

Total for Timekeeper 3    Billable    2,135.76    David S. Preminger

**Detail Cost Transaction File List**
Rosen Preminger & Bloom

| Client | Trans Date | Tmkr | H P L | Tcd | Rate | Amount | Ref# |
|--------|-----------|------|-------|-----|------|--------|------|
| **Timekeeper 18 Rose A. Saxe** | | | | | | | |
| 385.00 | 06/15/2004 | 18 | P | 29 | | 16.70 | Federal Express Shore/Valerie Shore v. Reliance Standard |

Total for Timekeeper 18                                    Billable      16.70  Rose A. Saxe

GRAND TOTALS

Billable      2152.46