# EXHIBIT 1

Date: 12/31/2007                                    **Tabs3 Detail Work-In-Process Report**                                    Page: 1
                                                            Rosen Preminger & Bloom

Primary Timekeeper: 3 David S. Preminger

Client: 385.00C Shore/Valerie                                              SHORE                    Contact:
Shore v. Reliance Standard                                                                          Home: 415-332-0386
Primary Timekeeper:        3 DSP    Category:        3 Employee Benefits
Secondary Timekeeper:     18 RAS    Draft Template:    STI          Rate Code: 1
Originating Timekeeper:    3 DSP    Final Template:    STI          Date Opened:   04/22/2004
Previous Balance:          0.00

| Date | Tmkr | Cat Src | H T B R P X C C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | | | | |
| 12/03/2007 | 3 DSP | 3 | | 1 | 118 | 610.00 | | 1.60 | 1.60 | | 976.00 | | Review and revise memo and declaration in support of fee motion. |
| 12/12/2007 | 3 DSP | 3 | | 1 | 119 | 610.00 | | 0.30 | 0.30 | | 183.00 | | Conference with HJL re: reply brief. |
| 12/29/2007 | 3 DSP | 3 | | 1 | 126 | 610.00 | | 1.60 | 1.60 | | 976.00 | | Draft letter to Judge Sullivan re: Reliance's failure to issue a decision; Review and revise reply memo on fee motion |
| 12/30/2007 | 3 DSP | 3 | | 1 | 127 | 610.00 | | 4.00 | 4.00 | | 2440.00 | | Review and revise reply memo on fee motion; research re: same |
| Billable Total: | | 3 David S. Preminger | | | | | | 7.50 | 7.50 | | 4575.00 | | |
| 12/12/2007 | 4 HJL | 3 | | 1 | 120 | 385.00 | | 2.00 | 2.00 | | 770.00 | | Conference with DSP; review plaintiff's brief on attorney's fees. |
| 12/13/2007 | 4 HJL | 3 | | 1 | 121 | 385.00 | | 3.40 | 3.40 | | 1309.00 | | Review opinion of Judge Karas; review brief in opposition; read cases cited; research. |
| 12/14/2007 | 4 HJL | 3 | | 1 | 122 | 385.00 | | 4.00 | 4.00 | | 1540.00 | | Read cases cited and research additional cases. |
| 12/18/2007 | 4 HJL | 3 | | 1 | 123 | 385.00 | | 3.20 | 3.20 | | 1232.00 | | Draft response to Reliance's assertions; review said assertions for basis. |
| 12/19/2007 | 4 HJL | 3 | | 1 | 124 | 385.00 | | 2.80 | 2.80 | | 1078.00 | | Draft additional responses to assertions of Reliance. |
| 12/20/2007 | 4 HJL | 3 | | 1 | 125 | 385.00 | | 4.00 | 4.00 | | 1540.00 | | Read/research case law; conference with DSP re: misrepresentations made by Reliance and space limitations effecting ability to respond.; check hours allegedly spent as per Reliance. |
| Billable Total: | | 4 Helen Lukievics | | | | | | 19.40 | 19.40 | | 7469.00 | | |
| **Total Billable Fees** | | | | | | | | 26.90 | 26.90 | | 12044.00 | | |
| **Expenses** | | | | | | | | | | | | | |
| 12/03/2007 | 3 DSP | | | 53 | 85 | | | | | | 2.84 | | Postage |
| 12/03/2007 | 3 DSP | | | 53 | 86 | | | | | | 0.41 | | Postage |
| **Total Billable Expenses** | | | | | | | | | | | 3.25 | | |

**RECAP**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fees: | 12044.00 | | | | | |
| Expenses: | 3.25 | Previous Balance: | 0.00 | | | |
| Advances: | 0.00 | Payments/Credits: | 0.00 | | | |
| Total WIP: | 12047.25 | Balance Due: | 0.00 | Total: | 12047.25 | |
| Other WIP: Hours: | 232.40 | Fees: | 81735.00 | Exps: 2883.29 | Advs: | 0.00 |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |