UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VALERIE SHORE,

                Plaintiff,

   -v-

PAINE WEBBER LONGTERM
DISABILITY PLAN, *et al.*,

                Defendants.

No. 04 Civ. 4152 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the parties shall participate in a telephone conference with the Court on **MAY 6, 2008 @ 11:45 AM** in order to address the issue raised in plaintiff's April 21, 2008 letter regarding the calculation of plaintiff's long-term disability benefits. At that time, counsel for plaintiff shall call Chambers at (212) 805-0264 with all parties on the line.

SO ORDERED.

Dated:    New York, New York
            April 30, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE