UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALERIE SHORE,

                Plaintiff,

-v-

PAINE WEBBER LONGTERM
DISABILITY PLAN, *et al.*,

                Defendants.

No. 04 Civ. 4152 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that plaintiff's request, on consent, to adjourn the telephone conference previously scheduled for May 6, 2008 is GRANTED. The conference is adjourned to May 14, 2008 at 11:00 a.m.

SO ORDERED.

Dated:    New York, New York
            May 5, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE