UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08
```

VALERIE SHORE,

                Plaintiff,

                            No. 04 Civ. 4152 (RJS)

-v-                             ORDER

PAINE WEBBER LONGTERM
DISABILITY PLAN, *et al.*,

                Defendants.

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the parties in the above-entitled action shall appear before the Court on June 13, 2008 at 10:00 a.m. in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York. At that time, the Court shall (1) conduct a hearing regarding the calculation of benefits, and (2) hear argument regarding plaintiff's request for attorney's fees.

IT IS FURTHER ORDERED that the parties shall submit a joint status letter by June 6, 2008 that addresses the status of the parties' attempts to resolve their outstanding disputes and, if necessary, sets forth the issues, witnesses, and documents, if any, to be presented at the hearing.

SO ORDERED.

Dated:    New York, New York
          May 14, 2008

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE