# ROSEN PREMINGER & BLOOM LLP

ATTORNEYS AT LAW
708 THIRD AVENUE — SUITE 1600
NEW YORK, N.Y. 10017
212 682-1900
TELECOPIER: 212 867-6878
rpb@rpblawny.com

June 4, 2008

By Facsimile

Honorable Richard J. Sullivan
United States Courthouse
500 Pearl St., Room 615
New York, NY 10007

Re: *Valerie Shore v. PaineWebber Long-Term Disability Plan*
No. 04 Civ. 4152 (RJS)

Dear Judge Sullivan:

We are the attorneys for the plaintiff in the referenced action. Your Honor had directed the parties to appear on June 13, 2008 for a hearing concerning (1) the appropriate amount of the set-off to plaintiff's long term disability benefits due to her receipt of a lump sum settlement from Workers' Compensation and (2) argument on plaintiff's motion for attorney's fees and costs. Your Honor also directed that the parties provide you with a status letter by June 6, 2008.

We are pleased to inform Your Honor that the parties have reached agreement on both these issues and are in the process of negotiating settlement documents. However, counsel for defendants will not be available tomorrow, my client will not be available next week and I will be out of town the week of June 16th. The parties believe they are sufficiently in agreement that they will be able to file a stipulation of dismissal by the end of June and therefore request that Your Honor defer the submission of the status letter and adjourn the hearing *sine die*.

We contacted chambers and received permission to submit this letter by facsimile.

Thank you for Your Honor's attention to and consideration of this matter.

Respectfully submitted,
Rosen Preminger & Bloom LLP

By: [signature]
David S. Preminger

Cc: Joshua Bachrach, Esq. w/enc. by facsimile and first class mail

*[Handwritten endorsement:]* Request granted. The parties shall file a status letter by July 7, 2008. The parties shall appear for a status conference on July 9, 2008 at 4:30 p.m.
SO ORDERED
Dated: 6/4/08
RICHARD J. SULLIVAN
U.S.D.J.

July 9, 2008 @ 4:30pm.