Sullivans.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDNY
DOCUMENT
ELECTRONICALLY FILED
FILED 7/7/08

------------------------------------------------------x
VALERIE A. SHORE,

      Plaintiff,

v.

PAINEWEBBER LONG TERM DISABILITY
PLAN, *et al.*,

      Defendants.
------------------------------------------------------x

No. 04 CV 4152 (RJS)

ECF Document

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff and Defendants have entered into a Settlement Agreement.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties and ORDERED by the Court, that plaintiff's pending motion for an award of attorney's fees and costs (Dkt. # 36) is withdrawn with prejudice, and the Complaint filed herein (Dkt. # 1) is withdrawn with prejudice and that this action shall be dismissed with prejudice and on the merits, without costs or attorney's fees to either party.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this action solely for the purpose of enforcing the terms and provisions of the settlement between the parties.

Dated: New York, NY
      July 3, 2008

Rosen Preminger & Bloom LLP

By: _____
David S. Preminger (DP 1057)
708 Third Avenue, Suite 1600
New York, New York 10017
(212) 682-1900
dpreminger@rpblawny.com

Attorneys for Plaintiff

Dated: Philadelphia, PA
       June 23, 2008

Rawle & Henderson LLP

By: _____
Joshua Bachrach (JB 5707)
1339 Chestnut Street
One South Penn Square
The Widener Building, 16th Floor
Philadelphia, PA 19107
(215) 575-4200
JBachrach@rawle.com

Attorneys for Defendants

SO ORDERED:   New York, New York
              7/3, 2008

_____
U.S.D.J.

2